STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM MALTESE, DEFENDANT-PETITIONER.

*Messrs. Levy, Lemken & Margulies* for the petitioner.

*Mr. Arthur S. Meredith* and *Mr. Michael R. Imbriani* for the respondent.

June 2, 1960.   Denied.

CHASE MANHATTAN BANK, *ET AL.*, PLAINTIFFS-RE-SPONDENTS, v. TOBY ARMOUR SCHNEIDER, DEFEND-ANT-PETITIONER.

*Messrs. Riker, Danzig, Marsh & Scherer, Mr. Dickinson R. Debevoise* and *Mr. Richard L. Amster* for the petitioner.

*Messrs. Carpenter, Bennett & Morrissey* and *Mr. Stanley Weiss* for the respondents.

June 10, 1960.   Granted.